```
Dennis M. Elber, Esq., SBN: 70746
STOLPMAN, KRISSMAN, ELBER & SILVER LLP
111 W. Ocean Blvd, Suite 1900
Long Beach, CA 90802
Telephone:  (562) 435-8300
Facsimile:   (562) 435-8304

and

Jay A. Kaplan, Esq., SBN: 86202
KAPLAN LAW CORPORATION
111 W. Ocean Blvd, Suite 1900
Long Beach, CA 90802
Telephone:  (562) 435-8300
Facsimile:   (562) 435-8304
```

JS-6



Attorneys for Plaintiff, RUTH SMITH

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| RUTH SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. Civ13-5340R (PJWw)<br>Hon. Manuel L. Real<br><br>[PROPOSED] ORDER FOR MOTION FOR REMAND TO STATE COURT AND OPPOSITION TO DEFENDANT'S REQUEST FOR REMOVAL TO FEDERAL COURT AND MOTION TO DISMISS<br><br>Date: September 16, 2013<br>Time: 10:00 a.m.<br>Court Room: 8 - 2nd Floor<br><br>Trial Date: None Set |

The Motion of Plaintiff RUTH SMITH in the above-entitled action, for an Order pursuant to 28 U.S.C. § 1445(a) remanding the SMITH v. NATIONAL RAILROAD PASSENGER CORPORATION action BC 511333 to Superior Court of California from which it was removed, came on for hearing on September 16, 2013.

Upon reading and considering the supporting papers filed in connection with Plaintiff's motion for remand, and defendant's opposition thereto, and it satisfactorily appearing to the Court that good cause has been shown; the Court makes the following findings and fact:

- 1 -
[PROPOSED] ORDER

The Court concludes that on its face of the complaint states sufficient facts to sustain FELA claim in state court. Importantly, unlike federal pleading, a state -- to state a claimed under California law the complaint must contain allegations of ultimate facts as opposed to evidentiary facts which might eventually form a part of plaintiff's proof. *C.A. versus William S. Hart Union High School District*, 53 Cal.4th 861, 12 -- 2012.

Plaintiff's complaint in this case does --does state the necessary ultimate facts that plaintiff was acting in the course and scope of her special employment for defendant while the defendant was engaged in interstate commerce, that defendant retained and exercised control over the work performed by plaintiff, that defendant supervised plaintiff's work while on defendant's premises, and that plaintiff's services were integral to defendant's business.

Further, the Court is not persuaded that the contract between Amtrak and Aramark, ipse dixit, defines the employment relationship between plaintiff and defendant. There are many examples of cases where an employment relationship characterized as one thing on paper turns out to be quite different in fact. *Smith versus Burlington Northern and Santa Fe Railway Company*, 605 F.3d 686, Ninth Circuit 2010.

Defendant's appeal to the Court to review a bare contract between Amtrak and Aramark does nothing to rebut the factual allegations that the defendant controlled, supervised, and directed plaintiff's employment. Taking those allegations as true, despite their contrast to the terms of the contract between Amtrak and Aramark, the Court concludes that defendant has not met its burden to demonstrate that there is possibility that plaintiff's claim against defendant may be viable in state court.

Consequently, defendant has not met its heavy burden to establish that removal is appropriate. The Court notes, however, that should the defendant prevail against the plaintiff on the FELA claim in state court, it appears that removal of the remaining claims would be appropriate.

/ / /

/ / /

Case 2:13-cv-05340-R-PJW   Document 26   Filed 09/30/13   Page 3 of 3   Page ID #:397
Case 2:13-cv-05340-R-PJW

1  For the foregoing reasons, the Court grants plaintiff's motion to remand, denies
2  plaintiff's request for sanctions, denies defendant's motion to dismiss as moot, and remands
3  the case to the Superior Court of the State of California.
4  IT IS SO ORDERED.
5
6  Dated: Sept. 30, 2013
7  Hon. Manuel L. Real
8  C:\FEDERAL FILING FOLDER\Smith - Federal Filings\Proposed Order Re Motion For Remand.wpd

- 3 -
[PROPOSED] ORDER